# EXHIBIT K

# U.S. Patent No. 7,880,236

# TSMC Products
# (TSMC 16nm and Smaller FinFET )

| 1. A semiconductor circuit, comprising: | Integrated circuits manufactured using TSMC's 16 nm and smaller technology nodes (the "TSMC Product") include a semiconductor circuit.<br><br>For example, the MediaTek MT6763T integrated circuit (the "MediaTek Chip") is an exemplary TSMC Product. The MediaTek Chip has substantially similar structure, function, operation, and implementation with respect to the HiSilicon Hi3660 integrated circuit. For example, both the MediaTek Chip and the HiSilicon chip are fabricated using TSMC's 16nm FinFET process.<br><br>**Mediatek Helio P23 MT6763T**<br><br><br><br>The **Mediatek Helio P23 MT6763T** is a mainstream ARM SoC for smartphones (mainly Android based) that was introduced in 2017. It is manufactured in a 16 nm FinFET+ process and is equipped with 8 ARM Cortex-A53 CPU cores. The cores are divided in two clusters, a performance cluster clocked at up to 2.3 GHz (2.5 GHz for a single core only) and a power efficiency cluster clocked at up to 1.65 GHz. The chip also includes an LTE modem (Cat. 7 DL / Cat. 13 UL with Dual-SIM support) and a 802.11a/b/g/n WiFi modem. The integrated ARM Mali-G71 MP2 GPU is clocked at up to 770 MHz and has two cluster (from 32). The integrated memory controller supports DDR4x (Dual-Channel?) at 1500 MHz and LPDDR3 (Single Channel only) at 933 MHz. The video engine supports H.264 de- and encoding but only decoding (playback) of H.265/HEVC.<br>*See e.g.*, https://www.notebookcheck.net/Mediatek-Helio-P23-MT6763T-SoC-Benchmarks-and-Specs.273148.0.html. |
| --- | --- |

| | |
|---|---|
| | This report presents a Transistor Characterization of the HiSilicon Hi3660GFC (HI3660 V200 die), also known as the Kirin 960. The HiSilicon Hi3660GFC is a TSMC-fabricated 16 nm FFC node high-k metal gate (HKMG) FinFET device. The die was built on 300 mm wafers using TSMC's 16 nm FinFET compact process (16FFC), featuring lower cost, tighter process, and thus, model corners. This report contains a transistor characterization analysis of the logic transistors found on the die. The transfer characteristics were measured and selected characteristics were extracted from the data.<br><br>*See e.g.*, Tech Insights Website, https://www.techinsights.com/reports-and-subscriptions/open-market-reports/Report-Profile/?ReportKey=TCR-1610-803.<br><br>The TSMC Products share substantially similar structure, function, operation, and implementation with respect to the claims at issue. For example, the 12nm technology node is a die shrink of the 16nm technology node. All of the 16nm, 10nm and 7nm technology nodes use silicon channel, have a threshold voltage of 5 volts, use W-Cu/Ta/TaN for interconnects, use eSiGe strain, and so on.<br><br>TSMC has just landed several chip orders for its 12-nanometer half-node process, a smaller version of its existing 16nm FinFET technology that will allow it to compete against Samsung and GlobalFoundries at a lower cost than its existing lineup.<br><br>*See e.g.*, TSMC lands chip orders for 12nm process, https://www.fudzilla.com/news/43640-tsmc-lands-chip-orders-for-12nm-process. |

"1. A semiconductor circuit, comprising:"

| | |
|---|---|
| | **16/12nm Technology**<br><br>Technology<br>Future R&D Plans<br>Logic Technology<br>5nm Technology<br>7nm Technology<br>10nm Technology<br>16/12nm Technology<br>20nm Technology<br>28nm Technology<br>40nm Technology<br>65nm Technology<br>90nm Technology<br>0.13-micron Technology<br>0.18-micron Technology<br>3-micron Technology<br>Specialty Technology<br><br>In November 2013, TSMC became the first foundry to begin 16nm Fin Field Effect Transistor (FinFET) risk production. In addition, TSMC became the first foundry that produced the industry's first 16nm FinFET fully functional networking processor for its customer.<br><br>Following the success of its 16nm FinFET process, TSMC introduced the 16nm FinFET Plus (16FF+) process. 16FF+ quickly entered volume production in July 2015, thanks to its fast yield ramp and performance improvements.<br><br>TSMC also introduced a more cost-effective 16nm FinFET Compact Technology (16FFC),which entered production in the second quarter of 2016. This process maximizes die cost scaling by simultaneously incorporating optical shrink and process simplification. Furthermore, 12nm FinFET Compact Technology (12FFC) drives gate density to the maximum, for which entered production in the second quarter of 2017.<br><br>TSMC's 16/12nm provides the best performance among the industry's 16/14nm offerings. Compared to TSMC's 20nm SoC process, 16/12nm is 50 % faster and consumes 60% less power at the same speed. It provides superior performance and power consumption advantage for next generation high-end mobile computing, network communication, consumer and automotive electronic applications.<br><br>*See e.g.*, TSMC, 16/12nm Technology, https://www.tsmc.com/english/dedicatedFoundry/technology/16nm.htm. |

"1. A semiconductor circuit, comprising:"

| | |
|---|---|
| | **Foundry roadmap example - TSMC** |

| | 16nm | 10nm | 7nm |
|---|---|---|---|
| Year | 2015 | 2016 | 2017 |
| Transistor | FinFET | FinFET | FinFET |
| Channel (NMOS/PMOS) | Si/Si | Si/Si | Si/Si |
| Threshold voltages | 5 | 5 | 5 |
| Metal layers | 11 | 12 | 13 |
| Contact and Via – Interconnect | W – Cu/Ta/TaN | W – Cu/Ta/TaN | Co – Cu/Co/TaN |
| Strain | eSiGe | eSiGe | eSiGe |
| CPP (nm) | 90 | 64 | 54 |
| MMP (nm) | 64 | 42 | 38 |

*See e.g.*, Technology and Cost Trends at Advanced Nodes, IC Knowledge, pg. 6, https://www.icknowledge.com/news/Technology%20and%20Cost%20Trends%20at%20Advanced%20Nodes%20-%20Revised.pdf.

The TSMC Product includes field effect transistors on a substrate. For example, the MediaTek MT6763T includes field effect transistors on a substrate.

U.S. Patent No. 7,880,236: Claim 1
"1. A semiconductor circuit, comprising:"

| | |
|---|---|
| | S-4800 2.0kV 2.3mm x7.00k SE(U,LA100) 5.00um<br>*See e.g.*, TSMC16nm_008. <XREMOVEBLOCK> |

Page **6** of **48**

U.S. Patent No. 7,880,236: Claim 1
"a short channel device; and"

| | |
|---|---|
| a short channel device; and | The TSMC Product comprises a short channel device.<br><br>For example, the MediaTek Chip comprises a short channel device (boxed in blue) as shown in the figures below.<br><br><br>short channel<br>Gate electrodes<br>S/D regions<br>S/D contacts<br>*See e.g.*, TSMC16nm_007. |

Page **7** of **48**

"a long channel device electrically isolated from the short channel device, the long channel device comprising:"

| | |
|---|---|
| a long channel device electrically isolated from the short channel device, the long channel device comprising: | The TSMC Product comprises a long channel device that is electrically isolated from the short channel device.<br><br>For example, the MediaTek Chip comprises a long channel device (boxed in red) as shown in the figure below.<br><br><br>*See e.g.*, TSMC16nm_007.<br><br>The long channel device is electrically isolated from the short channel device. For example, the long channel device and a short channel device are separated by an STI region. |

"a long channel device electrically isolated from the short channel device, the long channel device comprising:"

| | |
|---|---|
| |   *See e.g.*, TSMC16nm_007.<br><br>The MediaTek Chip comprises multiple STI regions. For example, as shown in the photo below, an STI region isolates groups of gates from one another. |

U.S. Patent No. 7,880,236: Claim 1

"a long channel device electrically isolated from the short channel device, the long channel device comprising:"

| | |
|---|---|
| |  STI *See e.g.*, TSMC16nm_009. |

Page **10** of **48**

"a plurality of first gate electrodes each overlying portions of a layer of high-dielectric constant (k) gate insulator material, wherein each of the first gate electrodes are electrically coupled to at least one of the other first gate electrodes;"

| | |
|---|---|
| a plurality of first gate electrodes each overlying portions of a layer of high-dielectric constant (k) gate insulator material, wherein each of the first gate electrodes are electrically coupled to at least one of the other first gate electrodes; | The TSMC Product includes a long channel device that comprises a plurality of first gate electrodes each overlying portions of a layer of high-dielectric constant (k) gate insulator material, wherein each of the first gate electrodes are electrically coupled to at least one of the other first gate electrodes.<br><br>For example, the long channel device comprises a plurality of first gate electrodes. In particular, the MediaTek Chip includes a long channel device (boxed in red) that comprises multiple gate electrodes (boxed in orange).<br><br><br><br>*See e.g.*, TSMC16nm_007.<br><br>Each gate electrode overlies portions of a high-k gate dielectric layer. For example, as shown below, the MediaTek Chip includes a layer of Hafnium Oxide beneath the gate electrode. |

"a plurality of first gate electrodes each overlying portions of a layer of high-dielectric constant (k) gate insulator material, wherein each of the first gate electrodes are electrically coupled to at least one of the other first gate electrodes;"

| | |
|---|---|
| |  *See e.g.*, TSMC16nm_006.<br><br>The gate electrodes of the long channel devices are electrically coupled to at least one of the other long channel gate electrodes. For example, the figure below shows that the long channel device in the MediaTek Chip comprises multiple gate electrodes, which are electrically coupled to each other by a metal bar. |

"a plurality of first gate electrodes each overlying portions of a layer of high-dielectric constant (k) gate insulator material, wherein each of the first gate electrodes are electrically coupled to at least one of the other first gate electrodes;"

| | |
|---|---|
| |   *See e.g.*, TSMC16nm_007. |

"a first source region adjacent one of the plurality of first gate electrodes;"

| | |
|---|---|
| a first source region adjacent one of the plurality of first gate electrodes; | The TSMC Product includes a long channel device that comprises a first source region adjacent one of the plurality of first gate electrodes.<br><br>For example, in the MediaTek Chip, the long channel device comprises a source region on the leftmost side of the gate electrodes. The source region is adjacent the leftmost gate electrode in the long channel device.<br><br>1st source region<br>S T I<br>long channel<br>short channel<br>Gate electrodes<br>S/D regions<br>Gate electrode contacts<br>S/D contacts<br>Metal bar<br><br>*See e.g.*, TSMC16nm_007. |

"a first drain region adjacent another of the plurality of first gate electrodes; and"

| | |
|---|---|
| a first drain region adjacent another of the plurality of first gate electrodes; and | The TSMC Product includes a long channel device that comprises a first drain region adjacent another of the plurality of first gate electrodes.<br><br>For example, in the MediaTek Chip, the long channel device comprises a drain region on the rightmost side of the gate electrodes. The drain region is adjacent the rightmost gate electrode in the long channel device.<br><br><br>*See e.g.*, TSMC16nm_007. |

"a plurality of common source/drain regions positioned between adjacent ones of the plurality of first gate electrodes."

| | |
|---|---|
| a plurality of common source/drain regions positioned between adjacent ones of the plurality of first gate electrodes. | The TSMC Product includes a long channel device that comprises a plurality of common source/drain regions positioned between adjacent ones of the plurality of first gate electrodes.<br><br>For example, in the MediaTek Chip, the long channel device (boxed in red) comprises common source/drain regions located between the gate electrodes. The common source/drain regions are each positioned between two adjacent electrodes of the long channel device.<br><br><br><br>*See e.g.*, TSMC16nm_007. |

U.S. Patent No. 7,880,236: Claim 13
"A semiconductor circuit, comprising:"

| | |
|---|---|
| 13. A semiconductor circuit, comprising: | The TSMC Product comprises a semiconductor circuit.<br><br>For example, the MediaTek MT6763T comprises a semiconductor circuit.<br><br><br>S-4800 2.0kV 2.3mm x7.00k SE(U,LA100)<br>5.00um<br>*See e.g.*, TSMC16nm_008. |

Page **17** of **48**

"a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region;"

| a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region; | The TSMC Product includes a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region.<br><br>For example, the MediaTek Chip comprises a semiconductor substrate shown below.<br><br><br><br>*See e.g.*, TSMC16nm_008.<br><br>The substrate comprises first and second active regions electrically isolated from each other. For example, the short channel device located in and on the first active region (boxed in blue) and the long channel device located in and on the second active region (boxed in red) shown below are electrically isolated by STI. |
|---|---|

"a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region;"

| | |
|---|---|
| | <br>*See e.g.*, TSMC16nm_007.<br><br>The MediaTek Chip comprises multiple STI regions every several fins. As shown in the photo below, an STI region isolates groups of gates from one another. |

U.S. Patent No. 7,880,236: Claim 13

"a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region;"

| | |
|---|---|
| | STI *See e.g.*, TSMC16nm_009. |

Page **20** of **48**

"a short channel device located in and on the first active region, the short channel device comprising:"

| | |
|---|---|
| a short channel device located in and on the first active region, the short channel device comprising: | The TSMC Product includes a short channel device located in and on the first active region.<br><br>For example, the MediaTek Chip comprises a short channel device (boxed in blue) as shown in the figures below that are located in and on a first active region.<br><br><br>*See e.g.*, TSMC16nm_007. |

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"

| | |
|---|---|
| a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and | The TSMC Product includes a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen.<br><br>For example, in the MediaTek Chip, the short channel device is comprised of a first minimum geometry gate structure.<br><br><br><br>*See e.g.*, TSMC16nm_007.<br><br>Each gate electrode comprises a metal layer overlying a high-k gate dielectric constant (k) insulator layer comprising Hafnium Oxide. |

U.S. Patent No. 7,880,236: Claim 13

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"

All Elements
Electron Image 7
O Kα1
Al Kα1
Si Kα1
Ti Kα1
Ge Kα1
Hf Lα1
N Kα1_2
Ta Lα1
W Lα1
F Kα1_2
cps
Line Data 6
nm
O and Hf Signals
Titanium Signal
50nm

*See e.g.*, TSMC16nm_006.

Page **23** of **48**

"a long channel device located in and on the second active region, the long channel device comprising:"

| a long channel device located in and on the second active region, the long channel device comprising: | The TSMC Product includes a long channel device located in and on the second active region.<br><br>For example, the MediaTek Chip comprises a long channel device located in and on a second active region as shown in the figure below.<br><br><br><br>*See e.g.*, TSMC16nm_007.<br><br>The long channel device is electrically isolated from the short channel device. For example, the long channel device and a short channel device are separated by an STI region. |
| --- | --- |

"a long channel device located in and on the second active region, the long channel device comprising:"

| | |
|---|---|
| |   *See e.g.*, TSMC16nm_007.<br><br>The MediaTek Chip comprises multiple STI regions. For example, as shown in the photo below, an STI region isolates groups of gates from one another. |

U.S. Patent No. 7,880,236: Claim 13

"a long channel device located in and on the second active region, the long channel device comprising:"

| | |
|---|---|
| |  STI *See e.g.*, TSMC16nm_009. |

Page **26** of **48**

"a plurality of second minimum geometry gate structures electrically coupled to one another in series, each of the second minimum geometry gate structures comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen;"

| | |
|---|---|
| a plurality of second minimum geometry gate structures electrically coupled to one another in series, each of the second minimum geometry gate structures comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen; | The TSMC Product includes a plurality of second minimum geometry gate structures electrically coupled to one another in series, each of the second minimum geometry gate structures comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen.<br><br>For example, in the MediaTek Chip, the long channel device (boxed in red) comprises a plurality of second minimum geometry gate structures electrically coupled to one another in series.<br><br><br><br>*See e.g.*, TSMC16nm_007.<br><br>Each gate electrode overlies portions of a high-k gate dielectric constant (k) insulator layer comprising oxygen. For example, as shown below, the MediaTek Chip includes a layer of Hafnium Oxide beneath the gate electrode. |

U.S. Patent No. 7,880,236: Claim 13

"a plurality of second minimum geometry gate structures electrically coupled to one another in series, each of the second minimum geometry gate structures comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen;"

| | |
|---|---|
| |  *See e.g.*, TSMC16nm_006. |

U.S. Patent No. 7,880,236: Claim 13

"a source region adjacent one of the plurality of second minimum geometry gate structures;"

| | |
|---|---|
| a source region adjacent one of the plurality of second minimum geometry gate structures; | The TSMC Product includes a source region adjacent one of the plurality of second minimum geometry gate structures.<br><br>For example, in the MediaTek Chip, the long channel device comprises a source region on the leftmost side of the gate electrodes. The source region is adjacent the leftmost gate electrode in the long channel device.<br><br><br><br>*See e.g.*, TSMC16nm_007. |

"a drain region adjacent another of the plurality of second minimum geometry gate structures;"

| | |
|---|---|
| a drain region adjacent another of the plurality of second minimum geometry gate structures; | The TSMC Product includes a drain region adjacent another of the plurality of second minimum geometry gate structures.<br><br>For example, in the MediaTek Chip, the long channel device comprises a drain region on the rightmost side of the gate electrodes. The drain region is adjacent the rightmost gate electrode in the long channel device.<br><br><br><br>*See e.g.*, TSMC16nm_007. |

"a plurality of common source/drain regions positioned between adjacent ones of the plurality of second minimum geometry gate structures;"

| | |
|---|---|
| a plurality of common source/drain regions positioned between adjacent ones of the plurality of second minimum geometry gate structures; and | The TSMC Product includes a plurality of common source/drain regions positioned between adjacent ones of the plurality of second minimum geometry gate structures.<br><br>For example, in the MediaTek Chip, the long channel device (boxed in red) comprises common source/drain regions located between the gate electrodes. The common source/drain regions are each positioned between two adjacent electrodes of the long channel device.<br><br><br><br>*See e.g.*, TSMC16nm_007. |

"a first conductive element electrically coupled to each of the plurality of second minimum geometry gate structures, wherein the first conductive element electrically couples to each of the second minimum geometry gate structures in series and electrically shorts each of the second minimum geometry gate structures together."

| | |
|---|---|
| a first conductive element electrically coupled to each of the plurality of second minimum geometry gate structures, wherein the first conductive element electrically couples each of the second minimum geometry gate structures in series and electrically shorts each of the second minimum geometry gate structures together. | The TSMC Product includes a first conductive element electrically coupled to each of the plurality of second minimum geometry gate structures, wherein the first conductive element electrically couples each of the second minimum geometry gate structures in series and electrically shorts each of the second minimum geometry gate structures together.<br><br>The gate electrodes of the long channel devices are electrically coupled to at least one of the other long channel gate electrodes. For example, the figure below shows that the long channel device in the MediaTek Chip comprises multiple gate electrodes, which are electrically coupled to each other in series and electrically short the gate structures together.<br><br><br><br>*See e.g.*, TSMC16nm_007. |

U.S. Patent No. 7,880,236: Claim 17
"A semiconductor circuit, comprising:"

| | |
|---|---|
| 17. A semiconductor circuit, comprising: | The TSMC Product comprises a semiconductor circuit.<br><br>For example, the MediaTek MT6763T comprises a semiconductor circuit.<br><br><br>S-4800 2.0kV 2.3mm x7.00k SE(U,LA100)<br>5.00um<br>*See e.g.*, TSMC16nm_008. |

Page **33** of **48**

"a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region;"

| | |
|---|---|
| a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region; | The TSMC Product includes a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region.<br><br>For example, the MediaTek Chip comprises a semiconductor substrate shown below.<br><br><br><br>*See e.g.*, TSMC16nm_008.<br><br>The substrate comprises first and second active regions electrically isolated from each other. For example, the short channel device located in and on the first active region and the long channel device located in and on the second active region shown below are electrically isolated by STI. |

"a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region;"

| | |
|---|---|
| |   *See e.g.*, TSMC16nm_007.<br><br>The MediaTek Chip comprises multiple STI regions every several fins. As shown in the photo below, an STI region isolates groups of gates from one another. |

U.S. Patent No. 7,880,236: Claim 17

"a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region;"

| | |
|---|---|
| | STI *See e.g.*, TSMC16nm_009. |

Page **36** of **48**

"a short channel device located in and on the first active region, the short channel device comprising:"

| | |
|---|---|
| a short channel device located in and on the first active region, the short channel device comprising: | The TSMC Product includes a short channel device located in and on the first active region.<br><br>For example, as shown below, the MediaTek Chip comprises a short channel device (boxed in blue) that are located in and on the first active region.<br><br><br><br>*See e.g.*, TSMC16nm_007. |

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"

| | |
|---|---|
| a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and | The TSMC Product includes a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen.<br><br>For example, in the MediaTek Chip, a short channel device is comprised of a first minimum geometry gate structure.<br><br><br>*See e.g.*, TSMC16nm_007.<br><br>Each gate electrode comprises a metal layer overlying a high-k gate dielectric constant (k) insulator layer comprising Hafnium Oxide. |

U.S. Patent No. 7,880,236: Claim 17

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"

| | |
|---|---|
| | All Elements<br>Electron Image 7<br>cps<br>O Kα1<br>Al Kα1<br>Si Kα1<br>Ti Kα1<br>Ge Kα1<br>Hf Lα1<br>N Kα1_2<br>Ta Lα1<br>W Lα1<br>F Kα1_2<br>Line Data 6<br>nm<br>50nm<br>*See e.g.*, TSMC16nm_006. |

Page **39** of **48**

"a long channel device located in and on the second active region, the long channel device comprising:"

| | |
|---|---|
| a long channel device located in and on the second active region, the long channel device comprising: | The TSMC Product includes a long channel device that comprises a plurality of common source/drain regions positioned between adjacent ones of the plurality of first gate electrodes.<br><br>For example, the MediaTek Chip comprises a long channel device located in and on a second active region as shown in the figure below.<br><br><br><br>*See e.g.*, TSMC16nm_007.<br><br>The long channel device is electrically isolated from the short channel device. For example, the long channel device and a short channel device are separated by an STI region. |

U.S. Patent No. 7,880,236: Claim 17

"a long channel device located in and on the second active region, the long channel device comprising:"

| | |
|---|---|
| |  S<br>T<br>I<br>long channel<br>short channel<br>Gate electrodes<br>S/D regions<br>Gate electrode contacts<br>S/D contacts<br>Metal bar *See e.g.*, TSMC16nm_007. |

Page **41** of **48**

U.S. Patent No. 7,880,236: Claim 17

"a long channel device located in and on the second active region, the long channel device comprising:"

| | |
|---|---|
| | STI *See e.g.*, TSMC16nm_009. |

Page **42** of **48**

"a patterned gate structure comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen, the gate structure comprising:"

| | |
|---|---|
| a patterned gate structure comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen, the gate structure comprising: | The TSMC Product includes a patterned gate structure comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen, the gate structure.<br><br>For example, in the MediaTek Chip, the long channel device (boxed in red) comprises a plurality of gate structures electrically coupled to one another in series.<br><br><br>*See e.g.*, TSMC16nm_007.<br><br>Each gate electrode includes a metal layer overlying a high-k gate dielectric constant (k) insulator layer comprising Hafnium Oxide. |

U.S. Patent No. 7,880,236: Claim 17

"a patterned gate structure comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen, the gate structure comprising:"

| | |
|---|---|
| | All Elements<br>Electron Image 7<br>O Kα1<br>Al Kα1<br>Si Kα1<br>Ti Kα1<br>Ge Kα1<br>Hf Lα1<br>N Kα1_2<br>Ta Lα1<br>W Lα1<br>F Kα1_2<br>cps<br>Line Data 6<br>nm<br>O and Hf Signals<br>Titanium Signal<br>50nm<br>*See e.g.*, TSMC16nm_006. |

Page **44** of **48**

"a plurality of interconnected minimum geometry finger portions each being electrically coupled to an adjacent one of the minimum geometry finger portions by an intermediate connection portion;"

| | |
|---|---|
| a plurality of interconnected minimum geometry finger portions each being electrically coupled to an adjacent one of the minimum geometry finger portions by an intermediate connection portion; | The TSMC Product includes a plurality of interconnected minimum geometry finger portions each being electrically coupled to an adjacent one of the minimum geometry finger portions by an intermediate connection portion.<br><br>For example, in the MediaTek Chip, the gate electrodes of the long channel devices are electrically coupled to at least one of the other long channel gate electrodes. The figure below shows that the long channel device in the MediaTek Chip comprises multiple gate electrodes, which are electrically coupled to each other in series.<br><br><br><br>*See e.g.*, TSMC16nm_007. |

"a source region adjacent one of the plurality of second minimum geometry gate structures;"

| | |
|---|---|
| a source region adjacent one of the plurality of second minimum geometry gate structures; | The TSMC Product includes a source region adjacent one of the plurality of second minimum geometry gate structures.<br><br>For example, in the MediaTek Chip, the long channel device comprises a source region on the leftmost side of the gate electrodes. The source region is adjacent the leftmost gate electrode in the long channel device.<br><br><br><br>*See e.g.*, TSMC16nm_007. |

"a drain region adjacent another of the plurality of second minimum geometry gate structures;"

<table>
<tr>
<td>a drain region adjacent another of the plurality of second minimum geometry gate structures;</td>
<td>The TSMC Product includes a drain region adjacent another of the plurality of second minimum geometry gate structures.<br><br>For example, in the MediaTek Chip, the long channel device comprises a drain region on the rightmost side of the gate electrodes. The drain region is adjacent the rightmost gate electrode in the long channel device.<br><br><br><br>See e.g., TSMC16nm_007.</td>
</tr>
</table>

"a plurality of common source/drain regions positioned between adjacent ones of interconnected minimum geometry finger portions."

| | |
|---|---|
| a plurality of common source/drain regions positioned between adjacent ones of interconnected minimum geometry finger portions. | The TSMC Product includes a plurality of common source/drain regions positioned between adjacent ones of interconnected minimum geometry finger portions.<br><br>For example, in the MediaTek Chip, the long channel device (boxed in red) comprises common source/drain regions located between the gate electrodes. The common source/drain regions are each positioned between two adjacent electrodes of the long channel device.<br><br><br><br>*See e.g.*, TSMC16nm_007. |