# EXHIBIT L

# U.S. Patent No. 7,880,236

## TSMC Products
## (TSMC 20nm and 28nm HKMG integrated circuit)

U.S. Patent No. 7,880,236: Claim 1
"1. A semiconductor circuit, comprising:"

| 1. A semiconductor circuit, comprising: | Integrated circuits manufactured using TSMC's 20nm and 28nm High-K Metal Gate (HKMG) technology node (the "TSMC Products") include a semiconductor circuit.<br><br>For example, the Mstar MSDURP1602 integrated circuit (the "Mstar Chip") is an exemplary TSMC Product.<br><br>The Mstar Chip is manufactured using TSMC's 28nm HPC technology node.<br><br>Allwinner's octa-core A83 application processor is one of those fabricated in 28HPC. Amlogic's S812 4K HEVC modem, containing quad-core Cortex-A9 and T450 Mali GPU is another. <mark>MStar is using 28HPC for 4K ultrahigh definition television processor</mark> and Spreadtrum is offering smartphone ICs using the technology.<br>*See e.g.*, TSMC Shrinks 28nm CMOS Process, https://electronics360.globalspec.com/article/4553/tsmc-shrinks-28nm-cmos-process.<br><br>TSMC's high performance technology nodes, including HP, HPL, and HPM, and HPC use high-k metal gate (HKMG) gate-last technology.<br><br><br>*See* Henry Hsieh, TSMC Technology and Innovation Platform for Mobile Computing (Nov., 2012), p.3, *available at* http://www.armtechforum.com.cn/2012/10_TSMC.pdf; TSMC, TSMC 28nm Technology in Volume Production, *available at* https://www.tsmc.com/uploadfile/ir/BusinessRelease/20111024161709877_sw3I/Oct24_2011_E.pdf. |

U.S. Patent No. 7,880,236: Claim 1
"1. A semiconductor circuit, comprising:"

| | |
|---|---|
| | The 28HPC process, which has a high-k metal gate structure, can produce a 10 percent smaller die and 30 percent lower power consumption than the established 28LP process based on a silicon-oxynitride (SiON) gate insulator. So far 10 customers have taped out 28HPC IC designs and several of these have started volume production, TSMC said.<br><br>*See e.g.*, TSMC Shrinks 28nm CMOS Process, https://electronics360.globalspec.com/article/4553/tsmc-shrinks-28nm-cmos-process.<br><br>TSMC became the first foundry to provide the world's first 28nm General Purpose process technology in 2011 and has been adding more options ever since. TSMC provides customers with foundry's most comprehensive 28nm process portfolio that enable products that deliver higher performance, save more energy savings, and are more eco-friendly.<br><br>TSMC's 28nm process technology features high performance and low power consumption advantages plus seamless integration with its 28nm design ecosystem to enable faster time-to-market. The 28nm process technology supports a wide range of applications, including Central Processing Units (CPUs), graphic processors (GPUs), high-speed networking chips, smart phones, application processors (APs), tablets, home entertainment, consumer electronics, and the Internet of Things.<br><br>TSMC's industry-leading 28nm process technology mainly uses High-k Metal Gate (HKMG) gate-last technology. Compared to the gate-first technology, the gate-last offering provides more advantages, including lower leakage current and better chip performance.<br><br>*See e.g.*, TSMC, 28nm Technology, http://www.tsmc.com/english/dedicatedFoundry/technology/28nm.htm.<br><br>TSMC Products share substantially similar structure, function, operation, and implementation with respect to the claims at issue. For example, the 20nm technology node is a die shrink of the 28nm HKMG technology node. |

U.S. Patent No. 7,880,236: Claim 1

"1. A semiconductor circuit, comprising:"

So now the first shoe has dropped (must check where that metaphor came from!), and we have a TSMC-fabbed 20-nm part in-house. It is in the lab at the moment, and we are waiting for the analysis results.

It will be interesting to see what changes TSMC has made from the 28-nm process; in general, I expect mostly a shrink of the latter process, with no change to the materials of the high-k stack, though maybe in the sequence. At 28-nm the high- k was put down first, before the dummy poly gate, and it makes sense to move that deposition to after poly gate removal. That way, the high-k layer does not have to suffer the poly formation and source-drain engineering process steps, saving it from quite a bit of thermal processing.

*See e.g.*, Semiconductor Manufacturing & Design Community, "TSMC 20nm Arrives – The First Shoe Drops," https://semimd.com/chipworks/2014/07/21/tsmc-20nm-arrives-the-first-shoe-drops/.

| Node | 28 | 20 |
|------|-----|-----|
| Transistor Type | Planar – bulk | Planar - bulk |
| Gate | HKMG | HKMG |
| Threshold voltages | 4 | 4 |
| Strain | DSL, eSiGe, SM | DSL, eSiGe, SM |
| Metal layers | 10 | 10 |

DSL = Dual Stress Liner, SM = Stress Memorization,.
eSiGe = embedded Silicon Germanium

*See e.g.*, IC Knowledge TSMC Structural Parameters, https://www.semiwiki.com/forum/attachments/content/attachments/18720d1481580837-tsmc-structure.pdf.

U.S. Patent No. 7,880,236: Claim 1
"1. A semiconductor circuit, comprising:"

| | | |
|---|---|---|
| | **Foundry roadmap example - TSMC** | |

## Foundry roadmap example - TSMC

| | 28nm | 20nm |
|---|---|---|
| Year | 2011 | 2014 |
| Transistor | Planar | Planar |
| Channel (NMOS/PMOS) | Si/Si | Si/Si |
| Threshold voltages | 4 | 4 |
| Metal layers | 10 | 10 |
| Contact and Via – Interconnect | W – Cu/Ta/TaN | W – Cu/Ta/TaN |
| Strain | DSL, eSiGe, SM | DSL, eSiGe, SM |
| CPP (nm) | 113 | 90 |
| MMP (nm) | 90 | 64 |

*See e.g.*, Technology and Cost Trends at Advanced Nodes, IC Knowledge, pg. 6, https://www.icknowledge.com/news/Technology%20and%20Cost%20Trends%20at%20Advanced%20Nodes%20-%20Revised.pdf.

The TSMC Product includes a semiconductor circuit. For example, the picture below shows a cross section of a semiconductor circuit in the Mstar Chip.

U.S. Patent No. 7,880,236: Claim 1

"1. A semiconductor circuit, comprising:"



*See e.g.,* TSMC28HKMG_025.

U.S. Patent No. 7,880,236: Claim 1
"a short channel device; and"

| a short channel device; and | The TSMC Product comprises a short channel device.<br><br>For example, the Mstar Chip comprises short channel devices (boxed in blue) as shown in the figures below.<br><br><br><br>*See e.g.*, TSMC28HKMG_021. |
| --- | --- |

U.S. Patent No. 7,880,236: Claim 1
"a short channel device; and"



*See e.g.*, TSMC28HKMG_022 (Left: PMOS); TSMC28HKMG_023 (Right: NMOS).

U.S. Patent No. 7,880,236: Claim 1

"a long channel device electrically isolated from the short channel device, the long channel device comprising:"

| a long channel device electrically isolated from the short channel device, the long channel device comprising: | The TSMC Product comprises a long channel device that is electrically isolated from the short channel device. |
| --- | --- |
|  | For example, the Mstar Chip comprises a long channel device as shown in the figure below. |



*See e.g.*, TSMC28HKMG_021.

The long channel device is electrically isolated from the short channel device. For example, the long channel device and short channel devices are separated by a shallow trench isolation (STI) region.

U.S. Patent No. 7,880,236: Claim 1

"a long channel device electrically isolated from the short channel device, the long channel device comprising:"



*See e.g.*, TSMC28HKMG_021.

The Mstar Chip comprises multiple STI regions. For example, as shown in the photos below, an STI region isolates groups of gates from one another.



*See e.g.*, TSMC28HKMG_022 (Left: PMOS); TSMC28HKMG_023 (Right: NMOS).

U.S. Patent No. 7,880,236: Claim 1

"a plurality of first gate electrodes each overlying portions of a layer of high-dielectric constant (k) gate insulator material, wherein each of the first gate electrodes are electrically coupled to at least one of the other first gate electrodes;"

| | |
|---|---|
| a plurality of first gate electrodes each overlying portions of a layer of high-dielectric constant (k) gate insulator material, wherein each of the first gate electrodes are electrically coupled to at least one of the other first gate electrodes; | The TSMC Product includes a long channel device that comprises a plurality of first gate electrodes each overlying portions of a layer of high-dielectric constant (k) gate insulator material, wherein each of the first gate electrodes are electrically coupled to at least one of the other first gate electrodes.<br><br>For example, the long channel device comprises a plurality of first gate electrodes. In particular, the Mstar Chip includes a long channel device (boxed in red) that comprises at least three gate electrodes.<br><br><br><br>*See e.g.*, TSMC28HKMG_021.<br><br>Each gate electrode overlies portions of a high-k gate dielectric layer. For example, as shown below, the Mstar Chip includes a layer of Hafnium Oxide beneath the gate electrode. |

U.S. Patent No. 7,880,236: Claim 1

"a plurality of first gate electrodes each overlying portions of a layer of high-dielectric constant (k) gate insulator material, wherein each of the first gate electrodes are electrically coupled to at least one of the other first gate electrodes;"



*See* TSMC 2010 Technology Symposium ("2010 Symposium"), p. 54.

U.S. Patent No. 7,880,236: Claim 1

"a plurality of first gate electrodes each overlying portions of a layer of high-dielectric constant (k) gate insulator material, wherein each of the first gate electrodes are electrically coupled to at least one of the other first gate electrodes;"



*See e.g.,* TSMC28HKMG_012 (overlaid).

Energy Dispersive X-ray spectroscopy (EDS) compositional samples performed on a line from the silicon substrate to the middle of the gate electrode show that the gate electrode overlies the HfO layer.

U.S. Patent No. 7,880,236: Claim 1

"a plurality of first gate electrodes each overlying portions of a layer of high-dielectric constant (k) gate insulator material, wherein each of the first gate electrodes are electrically coupled to at least one of the other first gate electrodes;"



*See e.g.*, TSMC28HKMG_017.

The gate electrodes of the long channel devices are electrically coupled to at least one of the other long channel gate electrodes. For example, the figure below shows that the long channel device in the Mstar Chip comprises at least three gate electrodes, which are electrically coupled to each other.

U.S. Patent No. 7,880,236: Claim 1

"a plurality of first gate electrodes each overlying portions of a layer of high-dielectric constant (k) gate insulator material, wherein each of the first gate electrodes are electrically coupled to at least one of the other first gate electrodes;"

|  | |
|---|---|
|  | <br><br>*See e.g.*, TSMC28HKMG_021.<br><br>Furthermore, TSMC's design rules require the "[s]ame channel length on the same OD." |

U.S. Patent No. 7,880,236: Claim 1

"a plurality of first gate electrodes each overlying portions of a layer of high-dielectric constant (k) gate insulator material, wherein each of the first gate electrodes are electrically coupled to at least one of the other first gate electrodes;"



*See e.g.*, 2010 Symposium at 40.

U.S. Patent No. 7,880,236: Claim 1

"a first source region adjacent one of the plurality of first gate electrodes;"

| a first source region adjacent one of the plurality of first gate electrodes; | The TSMC Product includes a long channel device that comprises a first source region adjacent one of the plurality of first gate electrodes.<br><br>For example, in the Mstar Chip, the long channel device comprises a source region on the leftmost side of the three gate electrodes. The source region is adjacent the leftmost gate electrode in the long channel device.<br><br><br><br>*See e.g.*, TSMC28HKMG_021. |

U.S. Patent No. 7,880,236: Claim 1

"a first drain region adjacent another of the plurality of first gate electrodes; and"

| a first drain region adjacent another of the plurality of first gate electrodes; and | The TSMC Product comprises a first drain region adjacent another of the plurality of first gate electrodes. <br><br> For example, in the Mstar Chip, the long channel device comprises a drain region on the rightmost side of the three gate electrodes. The drain region is adjacent the rightmost gate electrode in the long channel device. <br><br>  <br><br> *See e.g.*, TSMC28HKMG_021. |
|---|---|

U.S. Patent No. 7,880,236: Claim 1

"a plurality of common source/drain regions positioned between adjacent ones of the plurality of first gate electrodes."

| a plurality of common source/drain regions positioned between adjacent ones of the plurality of first gate electrodes. | The TSMC Product includes a long channel device that comprises a plurality of common source/drain regions positioned between adjacent ones of the plurality of first gate electrodes.<br><br>For example, in the Mstar Chip, the long channel device (boxed in red) comprises two common source/drain regions located between the three gate electrodes. The common source/drain regions are each positioned between two adjacent electrodes of the long channel device.<br><br><br><br>*See e.g.*, TSMC28HKMG_021. |

U.S. Patent No. 7,880,236: Claim 1

"a plurality of common source/drain regions positioned between adjacent ones of the plurality of first gate electrodes."



*See e.g.*, TSMC28HKMG_022 (Left: PMOS); TSMC28HKMG_023 (Right: NMOS).

U.S. Patent No. 7,880,236: Claim 13
"A semiconductor circuit, comprising:"

| 13. A semiconductor circuit, comprising: | The TSMC Product comprises a semiconductor circuit.<br><br>For example, the picture below shows a cross section of a semiconductor circuit in the Mstar Chip.<br><br><br><br>*See e.g.,* TSMC28HKMG_025. |
| --- | --- |

U.S. Patent No. 7,880,236: Claim 13

"a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region;"

| a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region; | The TSMC Product includes a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region.<br><br>For example, in the Mstar Chip, the short channel device is located in a first active region while the long channel device is located in a second active region that is electrically isolated from the first active region by an shallow trench isolation ("STI") region.<br><br><br><br>*See e.g.*, TSMC28HKMG_021. |

U.S. Patent No. 7,880,236: Claim 13

"a short channel device located in and on the first active region, the short channel device comprising:"

| a short channel device located in and on the first active region, the short channel device comprising: | The TSMC Product includes a short channel device located in and on the first active region, the short channel device.<br><br>For example, the Mstar Chip comprises short channel devices (boxed in blue) as shown in the figures below that are located in and on a first active region.<br><br><br><br>*See e.g.*, TSMC28HKMG_021. |

U.S. Patent No. 7,880,236: Claim 13

"a short channel device located in and on the first active region, the short channel device comprising:"



*See e.g.*, TSMC28HKMG_022 (Left: PMOS); TSMC28HKMG_023 (Right: NMOS).

U.S. Patent No. 7,880,236: Claim 13

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"

| | |
|---|---|
| a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and | The TSMC Product includes a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen.<br><br>For example, in the Mstar Chip, the short channel devices are comprised of a first minimum geometry gate structure.<br><br><br><br>*See e.g.*, TSMC28HKMG_021. |

U.S. Patent No. 7,880,236: Claim 13

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"



*See e.g.*, 2010 Symposium at 40.

U.S. Patent No. 7,880,236: Claim 13

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"



*See e.g.*, TSMC28HKMG_022 (Left: PMOS); TSMC28HKMG_023 (Right: NMOS).

Each gate electrode comprises a metal layer overlying a high-k gate dielectric constant (k) insulator layer comprising Hafnium Oxide.

U.S. Patent No. 7,880,236: Claim 13

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"



*See* TSMC 2010 Technology Symposium ("2010 Symposium"), p. 54.

U.S. Patent No. 7,880,236: Claim 13

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"



*See e.g.,* TSMC28HKMG_012 (overlaid).

Energy Dispersive X-ray spectroscopy (EDS) compositional samples performed along the silicon substrate to the middle of the gate electrode show that the gate electrode overlies the HfO layer.

U.S. Patent No. 7,880,236: Claim 13

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"



*See e.g.*, TSMC28HKMG_017.

U.S. Patent No. 7,880,236: Claim 13

"a long channel device located in and on the second active region, the long channel device comprising:"

| a long channel device located in and on the second active region, the long channel device comprising: | The TSMC Product includes a long channel device located in and on the second active region, the long channel device. |
| --- | --- |

The TSMC Product includes a long channel device located in and on the second active region, the long channel device.

For example, the Mstar Chip comprises a long channel device located in and on a second active region as shown in the figure below.



*See e.g.*, TSMC28HKMG_021.

The long channel device is electrically isolated from the short channel device. For example, the long channel device and short channel devices are separated by an STI region.

U.S. Patent No. 7,880,236: Claim 13
"a long channel device located in and on the second active region, the long channel device comprising:"



*See e.g.*, TSMC28HKMG_021.

The Mstar Chip icomprises multiple STI regions. For example, as shown in the photos below, an STI region isolates groups of gates from one another.



*See e.g.*, TSMC28HKMG_022 (Left: PMOS); TSMC28HKMG_023 (Right: NMOS).

U.S. Patent No. 7,880,236: Claim 13

"a plurality of second minimum geometry gate structures electrically coupled to one another in series, each of the second minimum geometry gate structures comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen;"

| a plurality of second minimum geometry gate structures electrically coupled to one another in series, each of the second minimum geometry gate structures comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen; | The TSMC Product includes a plurality of second minimum geometry gate structures electrically coupled to one another in series, each of the second minimum geometry gate structures comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen.<br><br>For example, in the Mstar Chip, the long channel device comprises a plurality of second minimum geometry gate structures electrically coupled to one another in series. In particular, the Mstar Chip includes a long channel device (boxed in red) that comprises at least three gate electrodes electrically coupled to one another in series.<br><br><br><br>*See e.g.*, TSMC28HKMG_021.<br><br>Each gate electrode overlies portions of a high-k gate dielectric constant (k) insulator layer comprising oxygen. For example, as shown below, the Mstar Chip includes a layer of Hafnium Oxide beneath the gate electrode. |

U.S. Patent No. 7,880,236: Claim 13

"a plurality of second minimum geometry gate structures electrically coupled to one another in series, each of the second minimum geometry gate structures comprising: a  metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen;"



*See* TSMC 2010 Technology Symposium ("2010 Symposium"), p. 54.

U.S. Patent No. 7,880,236: Claim 13

"a plurality of second minimum geometry gate structures electrically coupled to one another in series, each of the second minimum geometry gate structures comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen;"



*See e.g.,* TSMC28HKMG_012 (overlaid).

Energy Dispersive X-ray spectroscopy (EDS) compositional samples performed on a line from the silicon substrate to the middle of the gate electrode show that the gate electrode overlies the HfO layer.

U.S. Patent No. 7,880,236: Claim 13

"a plurality of second minimum geometry gate structures electrically coupled to one another in series, each of the second minimum geometry gate structures comprising: a  metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen;"



*See e.g.*, TSMC28HKMG_017.

U.S. Patent No. 7,880,236: Claim 13
"a source region adjacent one of the plurality of second minimum geometry gate structures;"

| a source region adjacent one of the plurality of second minimum geometry gate structures; | The TSMC Product includes a source region adjacent one of the plurality of second minimum geometry gate structures.<br><br>For example, in the Mstar Chip, the long channel device comprises a source region on the leftmost side of the three gate electrodes. The source region is adjacent the leftmost gate electrode in the long channel device.<br><br><br><br>*See e.g.*, TSMC28HKMG_021. |

U.S. Patent No. 7,880,236: Claim 13
"a drain region adjacent another of the plurality of second minimum geometry gate structures;"

| a drain region adjacent another of the plurality of second minimum geometry gate structures; | The TSMC Product includes a drain region adjacent another of the plurality of second minimum geometry gate structures.<br><br>For example, in the Mstar Chip, the long channel device comprises a drain region on the rightmost side of the three gate electrodes. The drain region is adjacent the rightmost gate electrode in the long channel device.<br><br><br><br>*See e.g.*, TSMC28HKMG_021. |

U.S. Patent No. 7,880,236: Claim 13

"a plurality of common source/drain regions positioned between adjacent ones of the plurality of second minimum geometry gate structures;"

| a plurality of common source/drain regions positioned between adjacent ones of the plurality of second minimum geometry gate structures; and | The TSMC Product includes a plurality of common source/drain regions positioned between adjacent ones of the plurality of second minimum geometry gate structures.<br><br>For example, in the Mstar Chip, the long channel device (boxed in red) comprises two common source/drain regions located between the three gate electrodes. The common source/drain regions are each positioned between two adjacent electrodes of the long channel device.<br><br><br><br>*See e.g.*, TSMC28HKMG_021. |

U.S. Patent No. 7,880,236: Claim 13

"a plurality of common source/drain regions positioned between adjacent ones of the plurality of second minimum geometry gate structures;"



*See e.g.*, TSMC28HKMG_022 (Left: PMOS); TSMC28HKMG_023 (Right: NMOS).

U.S. Patent No. 7,880,236: Claim 13

"a first conductive element electrically coupled to each of the plurality of second minimum geometry gate structures, wherein the first conductive element electrically couples to each of the second minimum geometry gate structures in series and electrically shorts each of the second minimum geometry gate structures together."

| | |
|---|---|
| a first conductive element electrically coupled to each of the plurality of second minimum geometry gate structures, wherein the first conductive element electrically couples each of the second minimum geometry gate structures in series and electrically shorts each of the second minimum geometry gate structures together. | The TSMC Product includes a first conductive element electrically coupled to each of the plurality of second minimum geometry gate structures, wherein the first conductive element electrically couples each of the second minimum geometry gate structures in series and electrically shorts each of the second minimum geometry gate structures together.<br><br>The gate electrodes of the long channel devices are electrically coupled to at least one of the other long channel gate electrodes. For example, the figure below shows that the long channel device in the Mstar Chip comprises at least three gate electrodes, which are electrically coupled to each other in series and electrically short the gate structures together.<br><br><br><br>*See e.g.*, TSMC28HKMG_021.<br><br>Furthermore, TSMC's design rules require the "[s]ame channel length on the same OD." |

U.S. Patent No. 7,880,236: Claim 13

"a first conductive element electrically coupled to each of the plurality of second minimum geometry gate structures, wherein the first conductive element electrically couples to each of the second minimum geometry gate structures in series and electrically shorts each of the second minimum geometry gate structures together."



*See e.g.*, 2010 Symposium at 40.

U.S. Patent No. 7,880,236: Claim 17

"A semiconductor circuit, comprising:"

| 17. A semiconductor circuit, comprising: | The TSMC Product comprises a semiconductor circuit.<br><br>For example, the picture below shows a cross section of a semiconductor circuit in the Mstar Chip.<br><br><br><br>*See e.g.,* TSMC28HKMG_025. |
|---|---|

U.S. Patent No. 7,880,236: Claim 17

"a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region;"

| a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region; | The TSMC Product includes a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region.<br><br>For example, the Mstar Chip comprises a semiconductor substrate shown below.<br><br><br>*See e.g.,* TSMC28HKMG_025.<br><br>The substrate comprises first and second active regions electrically isolated from each other. For example, the short and long channel devices shown below are electrically isolated by STI. |

U.S. Patent No. 7,880,236: Claim 17

"a semiconductor substrate comprising a first active region and a second active region electrically isolated from the first active region;"



*See e.g.*, TSMC28HKMG_021.

"a short channel device located in and on the first active region, the short channel device comprising:"

| a short channel device located in and on the first active region, the short channel device comprising: | The TSMC Product includes a short channel device located in and on the first active region, the short channel device.<br><br>For example, as shown below, the Mstar Chip comprises short channel devices (boxed in blue) that are located in and on the first active region.<br><br><br><br>*See e.g.*, TSMC28HKMG_021. |
| --- | --- |

U.S. Patent No. 7,880,236: Claim 17

"a short channel device located in and on the first active region, the short channel device comprising:"



*See e.g.*, TSMC28HKMG_022 (Left: PMOS); TSMC28HKMG_023 (Right: NMOS).

U.S. Patent No. 7,880,236: Claim 17

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"

| a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and | The TSMC Product includes a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen. For example, in the Mstar Chip, the short channel devices are comprised of a first minimum geometry gate structure.  *See e.g.*, TSMC28HKMG_021. |

U.S. Patent No. 7,880,236: Claim 17

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"



*See e.g.*, TSMC28HKMG_022 (Left: PMOS); TSMC28HKMG_023 (Right: NMOS).

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"



*See e.g.*, 2010 Symposium at 40.

Each gate electrode comprises a metal layer overlying a high-k gate dielectric constant (k) insulator layer comprising Hafnium Oxide.

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"



*See* TSMC 2010 Technology Symposium ("2010 Symposium"), p. 54.

U.S. Patent No. 7,880,236: Claim 17

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"



*See e.g.,* TSMC28HKMG_012 (overlaid).

Energy Dispersive X-ray spectroscopy (EDS) compositional samples performed along the silicon substrate to the middle of the gate electrode show that the gate electrode overlies the HfO layer.

U.S. Patent No. 7,880,236: Claim 17

"a first minimum geometry gate structure comprising: a metal layer overlying a first high-dielectric constant (k) insulator layer comprising oxygen; and"

HfO



*See e.g.*, TSMC28HKMG_017.

| a long channel device located in and on the second active region, the long channel device comprising: | The TSMC Product includes a long channel device that comprises a plurality of common source/drain regions positioned between adjacent ones of the plurality of first gate electrodes.<br><br>For example, the Mstar Chip comprises a long channel device located in and on a second active region as shown in the figure below.<br><br><br><br>*See e.g.*, TSMC28HKMG_021.<br><br>The long channel device is electrically isolated from the short channel device. For example, the long channel device and short channel devices are separated by an STI region. |

"a long channel device located in and on the second active region, the long channel device comprising:"



*See e.g.*, TSMC28HKMG_021.

 

*See e.g.*, TSMC28HKMG_022 (Left: PMOS); TSMC28HKMG_023 (Right: NMOS).

U.S. Patent No. 7,880,236: Claim 17

"a patterned gate structure comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen, the gate structure comprising:"

| a patterned gate structure comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen, the gate structure comprising: | The TSMC Product includes a patterned gate structure comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen, the gate structure.<br><br>For example, in the Mstar Chip, the long channel device comprises a plurality of gate structures electrically coupled to one another in series. In particular, the Mstar Chip includes a long channel device (boxed in red) that comprises at least three gate electrodes electrically coupled to one another in series.<br><br><br><br>*See e.g.*, TSMC28HKMG_021.<br><br>Each gate electrode includes a metal layer overlying a high-k gate dielectric constant (k) insulator layer comprising Hafnium Oxide. |

U.S. Patent No. 7,880,236: Claim 17

"a patterned gate structure comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen, the gate structure comprising:"



*See* TSMC 2010 Technology Symposium ("2010 Symposium"), p. 54.

U.S. Patent No. 7,880,236: Claim 17

"a patterned gate structure comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen, the gate structure comprising:"



*See e.g.,* TSMC28HKMG_012 (overlaid).

Energy Dispersive X-ray spectroscopy (EDS) compositional samples performed along the silicon substrate to the middle of the gate electrode show that the gate electrode overlies the HfO layer.

U.S. Patent No. 7,880,236: Claim 17

"a patterned gate structure comprising: a metal layer overlying a second high-dielectric constant (k) insulator layer comprising oxygen, the gate structure comprising:"



*See e.g.*, TSMC28HKMG_017.

U.S. Patent No. 7,880,236: Claim 17

"a plurality of interconnected minimum geometry finger portions each being electrically coupled to an adjacent one of the minimum geometry finger portions by an intermediate connection portion;"

| | |
|---|---|
| a plurality of interconnected minimum geometry finger portions each being electrically coupled to an adjacent one of the minimum geometry finger portions by an intermediate connection portion; | The TSMC Product includes a plurality of interconnected minimum geometry finger portions each being electrically coupled to an adjacent one of the minimum geometry finger portions by an intermediate connection portion.<br><br>For example, in the Mstar Chip, the gate electrodes of the long channel devices are electrically coupled to at least one of the other long channel gate electrodes. The figure below shows that the long channel device in the Mstar Chip comprises at least three gate electrodes, which are electrically coupled to each other in series.<br><br><br><br>*See e.g.*, TSMC28HKMG_021.<br><br>Furthermore, TSMC's design rules require the "[s]ame channel length on the same OD." |

U.S. Patent No. 7,880,236: Claim 17

"a plurality of interconnected minimum geometry finger portions each being electrically coupled to an adjacent one of the minimum geometry finger portions by an intermediate connection portion;"



*See e.g.*, 2010 Symposium at 40.

U.S. Patent No. 7,880,236: Claim 17

"a source region adjacent one of the plurality of second minimum geometry gate structures;"

| a source region adjacent one of the plurality of second minimum geometry gate structures; | The TSMC Product includes a source region adjacent one of the plurality of second minimum geometry gate structures. |
| --- | --- |
| | For example, in the Mstar Chip, the long channel device comprises a source region on the leftmost side of the three gate electrodes. The source region is adjacent the leftmost gate electrode in the long channel device. |
| |  |
| | *See e.g.*, TSMC28HKMG_021. |

"a drain region adjacent another of the plurality of second minimum geometry gate structures;"

| a drain region adjacent another of the plurality of second minimum geometry gate structures; | The TSMC Product includes a drain region adjacent another of the plurality of second minimum geometry gate structures. |
|---|---|
| | For example, in the Mstar Chip, the long channel device comprises a drain region on the rightmost side of the three gate electrodes. The drain region is adjacent the rightmost gate electrode in the long channel device. |
| |  |
| | *See e.g.*, TSMC28HKMG_021. |

U.S. Patent No. 7,880,236: Claim 17

"a plurality of common source/drain regions positioned between adjacent ones of interconnected minimum geometry finger portions."

| a plurality of common source/drain regions positioned between adjacent ones of interconnected minimum geometry finger portions. | The TSMC Product includes a plurality of common source/drain regions positioned between adjacent ones of interconnected minimum geometry finger portions.<br><br>For example, in the Mstar Chip, the long channel device (boxed in red) comprises two common source/drain regions located between the three gate electrodes. The common source/drain regions are each positioned between two adjacent electrodes of the long channel device.<br><br><br><br>*See e.g.*, TSMC28HKMG_021. |

U.S. Patent No. 7,880,236: Claim 17

"a plurality of common source/drain regions positioned between adjacent ones of interconnected minimum geometry finger portions."



*See e.g.*, TSMC28HKMG_022 (Left: PMOS); TSMC28HKMG_023 (Right: NMOS).