IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE FOUNDRY TECHNOLOGIES LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 19-308-MN |
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED, *et al.*, ) ) ) ) ) | |
| Defendants. ) | |

## **UNOPPOSED MOTION TO STAY**

Defendants move pursuant to 28 U.S.C. § 1659 to stay this action until the determination of International Trade Commission Investigation No. 337-TA-1149, instituted on March 21, 2019 (the "1149 Investigation"), including appeals, becomes final. Plaintiff does not oppose. The grounds for this motion are as follows:

1.     This Action is subject to the mandatory stay provision of 28 U.S.C. § 1659 and should be stayed until the determination of the Commission in the 1149 Investigation becomes final, including exhaustion of all appeals. Section 1659(a) provides:

> In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission, but only if such request is made within—(1) 30 days after the party is named as a respondent in the proceeding before the Commission . . . .

28 U.S.C. § 1659(a).

2.     Section 1659(a) requires a stay of district court proceedings until the determination of the Commission becomes final.  *See In re Princo Corp.,* 478 F.3d 1345, 1355 (Fed. Cir. 2007); *FormFactor, Inc. v. Micronics Japan Co.*, Case No. CV-06-07159, 2008 WL 361128 (N.D. Cal. Feb. 11, 2008) (In circumstances where 28 U.S.C. § 1659 applies, "a court must stay a civil action in favor of ITC proceedings."); *Micron Tech., Inc. v. Mosel Vitelic Corp.,* Case No. CIV-98-0293, 1999 WL 458168, *2 (D. Idaho Mar. 31, 1999) ("[T]he Court is statutorily required to stay" those claims that are also before the ITC where the ITC respondent timely moved to stay the district court action.); *Universal Tool & Stamping Co. v. Ventra Group, Inc.,* 46 U.S.P.Q.2d 1799, 1800 (N.D. Ind. 1998) (stating that "such a stay (again in the words of the statute) shall be of the 'proceedings in the civil action' and hence the Court will not fashion an exemption to the stay by requiring the defendant to file an answer or make any order relating to discovery").

3.     Defendants' request for a stay meets the requirements of the statute.  First, the allegations in this action involve the same issues as those in the 1149 Investigation:  alleged infringement of the same asserted patents, and the validity and enforceability of the same asserted patents, and any other defenses that might be raised to the allegations of infringement.  The moving parties here are also respondents in the 1149 Investigation.  Accordingly, the claims in the complaint "involve[] the same issues involved in the proceeding before the Commission," and must be stayed under section 1659(a).

4.     Second, this motion is timely.  The Commission issued its Notice of Investigation on March 21, 2019.  Thus, the thirty-day period under 28 U.S.C. § 1659(a)(1) does not expire until April 22, 2019.

5.     This motion is purely procedural and does not waive defendants' rights to petition this Court regarding jurisdiction, or any other relief due under the law. *See Hideki Elecs. v. Lacrosse Tech.*, 2006 U.S. Dist. LEXIS 42296 (D. Or. June 5, 2006) (after court lifted stay under 28 U.S.C. § 1659, defendants successfully moved for dismissal pursuant to FRCP 12(b) for lack of jurisdiction).

WHEREFORE defendants respectfully request the Court to enter the attached order staying this action.

Respectfully submitted,

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
*Attorney for Defendants*

Dated:  April 22, 2019