IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE FOUNDRY TECHNOLOGIES LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 19-308-MN ) |
| TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

At Wilmington this _____ day of April, 2019, having considered defendants' unopposed motion to stay, IT IS ORDERED that this action is stayed pursuant to 28 U.S.C. § 1659 until the determination of the International Trade Commission Investigation No. 337-TA-1149, including appeals, becomes final or until the investigation is dismissed.

_____
United States District Judge